# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS GOLD BEARCHILD, <br><br> Defendant. | CR-13-108-GF-BMM-01 <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO REVOKE DEFENDANT'S SUPERVISED RELEASE** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 15, 2016. (Doc. 51.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 15, 2016. (Doc. 50.) Bearchild admitted that he violated conditions of his supervised release. The violations prove serious and warrant revocation of Bearchild's supervised release. Judge Johnston recommends that this Court revoke Bearchild's supervised release and that the Court sentence Bearchild to six months imprisonment with no

supervised release to follow. (Doc. 51 at 6.) Judge Johnston recommends that Bearchild be incarcerated at the SeaTac Federal Detention Center. *Id.*

Bearchild's violation qualifies as a Grade C. His criminal history category equals I. Bearchild's underlying offense qualifies as a Class D felony. Bearchild could be incarcerated for up to 24 months. The Court could order Bearchild to remain on supervised release for up to 33 months, less any custody time imposed. The United States Sentencing Guidelines call for three to nine months in custody.

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Bearchild's violations of his conditions represent a serious breach of the Court's trust. A sentence of six months of imprisonment represents a sufficient, but not greater than necessary, sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 51) is **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Douglas Gold Bearchild be sentenced to eight months imprisonment. No term of supervised release shall follow.

DATED this 2nd day of February, 2016.

Brian Morris
United States District Court Judge